714

BELCHER, Commissioner.

Appellant was convicted for the offense of vagrancy, and upon a plea of guilty before the court without a jury, his punishment was assessed by the court at a fine of $50.

The complaint and information, as well as all matters of procedure, appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.

MORRISON, Judge.

The offense is vagrancy; the punishment, a fine of $200.

The record is before us without a statement of facts or bills of exception.

All of the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.

## BYRNES v. STATE.

### No. 26577.

Court of Criminal Appeals of Texas.

Nov. 4, 1953.

## BATSON v. STATE.

### No. 26575.

Court of Criminal Appeals of Texas.

Nov. 4, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

No attorney on appeal.

Wesley Dice, State's Atty., Austin, for the State.